THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYERICK WHITNEY | : | CIVIL ACTION |
| v. | : | NO. 20-3463 |
| MCDONALD'S CORPORATION | : | |

CIVIL JUDGMENT

AND NOW, this 8th day of June 2021, it appearing that an Arbitration Award was entered on May 6, 2021, and that 30 days have elapsed from the entry of the award without any party demanding a trial de novo, it is hereby

ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of Defendant, McDonald's Corporation, and against Plaintiff, Tyerick Whitney.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
WENDY BEETLESTONE
United States District Judge